No. 93–441. GULF COAST INDUSTRIAL WORKERS UNION *v.* EXXON CO., USA. C. A. 5th Cir. Certiorari denied.

No. 93–443. MCINTOSH, INDIVIDUALLY AND AS CONSERVATOR FOR MCINTOSH, A PROTECTED PERSON *v.* PACIFIC HOLDING CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–448. ABRAMSON ENTERPRISES, INC. *v.* THOMAS, DIRECTOR, VIRGIN ISLANDS BUREAU OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 93–462. BETKE *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 93–465. SCARFONE *v.* MICHIGAN STATE BOARD OF LAW EXAMINERS. Sup. Ct. Mich. Certiorari denied.

No. 93–493. TAPERT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–505. ALTO-SHAAM, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied.

No. 93–511. CHISNELL, EXECUTRIX OF THE ESTATE OF ROBITZER *v.* PENNSYLVANIA STATE POLICE BUREAU OF LIQUOR CONTROL ENFORCEMENT ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–512. WILLIAMS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 93–513. FODEN ET VIR *v.* GIANOLI ALDUNATE ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–546. MUSSLYN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–552. RATLIFF *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–553. TRANDES CORP. *v.* GUY F. ATKINSON CO. C. A. 4th Cir. Certiorari denied.